**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION**

RECEIVED

DEC 17 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

**Plaintiff:**
Shaun Poole

**Defendants:**
Henry County, Tennessee; Stephanie Hale, State Prosecutor; John Does 1-10 (including court staff, law enforcement officers, and other officials).

**Case No.:**

## COMPLAINT FOR VIOLATIONS OF CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. § 1983

## INTRODUCTION

1. Plaintiff Shaun Poole, a resident of Tennessee, brings this civil rights action pursuant to **42 U.S.C. § 1983** to redress violations of his constitutional rights by Henry County, Tennessee, and its officials.
2. Defendants have engaged in a pattern of unconstitutional conduct, including fabricating evidence, filing false charges, suppressing appeals, forging documents, and retaliating against Plaintiff for asserting his rights.
3. Plaintiff seeks compensatory and punitive damages, injunctive relief, and any additional remedies the Court deems just and proper, for violations of his rights under the **First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, and Fourteenth Amendments** to the U.S. Constitution.

## JURISDICTION AND VENUE

4. This Court has jurisdiction under **28 U.S.C. § 1331** (federal question jurisdiction) and **28 U.S.C. § 1343(a)** (civil rights jurisdiction).
5. Venue is proper in this District under **28 U.S.C. § 1391(b)** because the events giving rise to this action occurred in Henry County, Tennessee, which is within the jurisdiction of the Western District of Tennessee, Jackson Division.

## PARTIES

6. **Plaintiff:** Shaun Poole is a resident of Madison County, Tennessee.
7. **Defendants:**
   o **Henry County, Tennessee**, a governmental entity responsible for the policies, practices, and actions of its officials, law enforcement, and judicial officers.
   o **Stephanie Hale**, acting in her capacity as a state prosecutor, involved in retaliatory prosecutions and procedural violations.
   o **John Does 1-10**, including law enforcement officers, court clerks, and other officials involved in the misconduct described herein.



• Judge King and Judge Shyder

## FACTUAL ALLEGATIONS

### A. Fabrication of Facts and Forgery of Court Documents

8. On **October 3, 2023**, Defendants knowingly misrepresented facts to the court by claiming the presence of a victim in proceedings against Plaintiff, despite the absence of any such victim.
9. On the same day, Defendants forged or otherwise signed court documents on behalf of the alleged victim, Ms. Bagwell, without her authorization or knowledge.
10. These fraudulent actions prejudiced Plaintiff by advancing retaliatory charges and violating his right to due process under the **Fourteenth Amendment**.

### B. Issuance of an Order of Protection Without Due Process

11. On **April 2, 2024**, Henry County issued an order of protection against Plaintiff without holding a hearing or providing Plaintiff an opportunity to contest the allegations.
12. On **September 10, 2024**, Plaintiff filed a motion requesting a hearing to challenge the validity of the order. State Prosecutor Stephanie Hale improperly intervened, claiming no hearing was necessary and that the order was "legally valid."
13. The court's refusal to allow a hearing deprived Plaintiff of his rights to due process and equal protection under the **Fourteenth Amendment**.

### C. Suppression of Plaintiff's Appeal

14. Plaintiff filed an appeal challenging the April 2, 2024, order of protection in **Case No. 24-CV-199**, but the court failed to acknowledge or process the appeal.

15. Plaintiff has reason to believe that the appeal was discarded or destroyed by court staff, constituting obstruction of justice and violating Plaintiff's rights under the **First Amendment** (right to petition the government) and **Fourteenth Amendment** (due process and equal protection).

## D. Retaliatory Prosecution and Arrests Without Probable Cause

16. Plaintiff has been subjected to a pattern of retaliatory and baseless criminal charges:
- **December 2023–January 2024**: Defendants extradited Plaintiff to Tennessee based on false police reports by Ms. Bagwell, despite evidence that she had traveled to Kentucky to harass Plaintiff and his family.
- **July 2024**: Plaintiff was arrested for alleged violations of the April 2, 2024, order of protection based on mutual text messages. The charges were later dismissed, but the arrest violated Plaintiff's rights under the **Fourth and Fourteenth Amendments**.

17. On **November 18, 2024**, Defendants filed harassment charges against Plaintiff in retaliation for his attempts to address procedural violations and misconduct.

· To this day the DA Office is still witholding exculpatory evidence

## E. Disregard for Judicial Rulings

18. On **December 6, 2024**, Defendants executed a warrant for a probation violation despite Circuit Court Judge Bruce Griffy ruling that the underlying probation was based on an illegal conviction.
19. To circumvent Judge Griffy's ruling, Defendants sought a special judge in another county, undermining the integrity of the judicial process and violating Plaintiff's due process rights.

# LEGAL CLAIMS

### Claim I: Violations of the First Amendment
20. Defendants obstructed Plaintiff's right to petition the government by suppressing his appeal and retaliating against him for exercising protected rights.

### Claim II: Violations of the Fourth Amendment
21. Defendants engaged in unlawful arrests and seizures without probable cause, violating Plaintiff's right to be free from unreasonable searches and seizures.

### Claim III: Violations of the Fifth and Fourteenth Amendments
22. Defendants deprived Plaintiff of liberty and property without due process of law and engaged in discriminatory practices, violating equal protection.

### Claim IV: Violations of the Sixth Amendment
23. Defendants denied Plaintiff his right to a fair trial, including impartial proceedings and proper notice of charges.

### Claim V: Violations of the Eighth Amendment
24. Defendants subjected Plaintiff to excessive bail, punitive actions, and retaliatory misconduct, amounting to cruel and unusual punishment.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests:

1. **Injunctive Relief:**
   - Prohibit Defendants from filing further retaliatory charges, detaining, or prosecuting Plaintiff based on unconstitutional actions.
   - Stay all pending criminal matters against Plaintiff.
2. **Compensatory and Punitive Damages:**
   - Award damages for emotional distress, financial losses, and punitive damages to deter future misconduct.
3. **Change of Venue:**
   - Transfer all criminal proceedings to **Madison County, Tennessee**, to ensure impartial adjudication.
4. **Attorney's Fees and Costs:**
   - Award reasonable attorney's fees and costs under **42 U.S.C. § 1988**.
5. **Any Other Relief** the Court deems just and proper.

**Respectfully submitted,**
Shaun Poole, Pro Se
203 Murray Gaurd dr
Jackson, TN 38305
731-333-0603